# CASE ANNOUNCEMENTS

*October 9, 2008*

[Cite as *10/09/2008 Case Announcements #2*, 2008-Ohio-5244.]

## MOTION AND PROCEDURAL RULINGS

**1988-0351. State v. Cooey.**

Summit App. No. 12943. This cause came on for further consideration of appellant's motion for stay of execution scheduled for October 14, 2008. Upon consideration thereof,

It is ordered by the court that the motion is denied.

It is further ordered that the reply memorandum in support of appellant's request for stay tendered to the Clerk's office on October 8, 2008, is prohibited by S.Ct.Prac.R. XIV(4)(B) and shall not be filed.